UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR PORTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIVIAN HAMMAN, et al.<br><br>　　　　　Defendants. | No. 1:23-cv-01468-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 8) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　　On November 22, 2023, the Court screened Plaintiff's complaint, found that he stated a cognizable retaliation and Bane Act violation against Defendant Hamman, and granted Plaintiff thirty days to either file an amended complaint or notify the Court of his intent to proceed only on the claims found to be cognizable. (ECF No. 8.) Plaintiff failed to file an amended complaint or notify the Court of his intent to proceed only on the cognizable claims and the time to do so has passed. Accordingly, Plaintiff shall be ordered to show cause why the action should not be dismissed for failure to comply with a court order and failure to prosecute. (Id.)

　　　　Based on the foregoing, it is HEREBY ORDERED that:

　　　　1.　　　　Within **fourteen (14)** days from the date of service of this order Plaintiff shall show cause why the action should not be dismissed; and

1

2. Failure to comply with this order will result in a recommendation to dismiss this action for the reasons stated above.

IT IS SO ORDERED.

Dated: **January 2, 2024**

UNITED STATES MAGISTRATE JUDGE