UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR PORTER,<br><br>             Plaintiff,<br><br>v.<br><br>VIVIAN HAMMAN,<br><br>             Defendant. | Case No. 1:23-cv-01468-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE KEVIN LAMAR PORTER**, CDCR # AD-3449 **VIA VIDEO CONFERENCE**<br><br>DATE: June 13, 2024<br>TIME:  9:30 a.m. |

**Inmate Kevin Lamar Porter, CDCR # AD-3449**, a necessary and material witness on his behalf in a settlement conference on **June 13**, **2024**, at 9:30 a.m., is confined at the California State Prison-Sacramento, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom) before Magistrate Judge Barbara A. McAuliffe on June 13, 2024 at 9:30 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison-Sacramento:**

**WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **May 13, 2024**

                                                                  UNITED STATES MAGISTRATE JUDGE

