UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR PORTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIVIAN HAMMAN, et al.<br><br>　　　　　Defendants. | No.  1:23-cv-01468-JLT-SAB (PC)<br><br>ORDER THAT INMATE KEVIN LAMAR PORTER, CDCR #AD-3449 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br> (ECF No. 25) |

A settlement conference in this matter commenced on June 13, 2024, inmate Kevin Lamar Porter, CDCR #AD-3449, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **June 13, 2024**　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1